IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES EDWARD BOWELL,

    Plaintiff,               No. 2:12-cv-0603 JAM EFB P

vs.

T. SMITH, et al.,            ORDER GRANTING DEFENDANT'S
                                       MOTION TO STRIKE PLAINTIFF'S
    Defendants.           UNAUTHORIZED SURREPLY

_____/

    Good cause appearing, Defendant Smith's motion to strike Plaintiff's unauthorized surreply (Dckt. No. 24) is GRANTED.  Docket number 23 is stricken from the record.

Dated:  May 13, 2013.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE